USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: _11-13-19_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VINCENT TRIPICCHIO,

        Plaintiff,

- against -

PVH CORPORATION,

        Defendant.

19-cv-6147 (JGK)

**ORDER**

**JOHN G. KOELTL, District Judge:**

The defendant may file a motion to dismiss by **December 6, 2019**. The plaintiff may file an amended complaint or respond to the motion by **December 27, 2019**.

If the plaintiff responds to the motion to dismiss, the defendant may reply by **January 6, 2020**.

If the plaintiff files an amended complaint, the motion to dismiss is denied without prejudice as moot and the defendant may move or answer by **January 17, 2020**. If the defendant then files a motion, the plaintiff may respond by **February 7, 2020**. The defendant may reply by **February 17, 2020**.

No further pre-motion conferences are necessary.

**SO ORDERED.**

Dated:    **New York, New York**
            **November 12, 2019**

                                        John G. Koeltl
                                   **United States District Judge**