```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

CHRISTA ROBEY,                              19 Civ. 6147 (JGK)

              Plaintiffs,                ORDER

    - against -

PVH CORPORATION,

              Defendant.

JOHN G. KOELTL, District Judge:

    The plaintiff has not moved to file an amended complaint. Therefore, for the reasons stated in this Court's Memorandum Opinion and Order dated on October 1, 2020, ECF docket no. 33, the Clerk is directed to enter judgment dismissing this case with prejudice.

SO ORDERED.

Dated:    New York, New York
           November 4, 2020

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                              United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/2020