**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
CHRISTA ROBEY,

                Plaintiff,

     -against-                                           19 **CIVIL** 6147 (JGK)

                                                              **JUDGMENT**

PVH CORPORATION,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 4, 2020, and the Court's Memorandum Opinion and Order, dated October 1, 2020, the Court has considered all the arguments of the parties. To the extent not specifically addressed, the remaining arguments are either moot or without merit. The defendant's motion to dismiss is granted. Although courts in the Second Circuit are instructed to give "due regard to the liberal spirit of Rule 15 by ensuring plaintiffs at least one opportunity to replead," Metzler Inv. Gmbh v. Chipotle Mexican Grill, Inc., 970 F.3d 133, 146 (2d Cir. 2020), the plaintiff has already had one opportunity to amend her complaint and the deficiencies noted are significant. The plaintiff has not moved to file an amended complaint. Therefore, judgment is entered dismissing this case with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York
        November 4, 2020

                                                                **RUBY J. KRAJICK**

                                                                 **Clerk of Court**
                                        **BY:**   *K. Mango*

                                                                   **Deputy Clerk**